ETTA ARMSTRONG, *Respondent, v.* WILLIAM A. CUMMINGS and others, *Appellants.* — Order modified by directing the residue of the motion costs to be set off, the scandalous matter in the affidavit to be stricken out, and denying costs of motion below, and as

modified affirmed, without costs to either party.   Opinion by DANIELS, J.